UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00009-DAD-BAM (08) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| GUALBERTO AGUSTIN-GOMEZ, | |
| Defendant. | |

_____/

[PROPOSED] ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Howard J. Shopenn, Counsel for defendant Gualberto Agustin-Gomez, hereby associates Manuel Araujo (State Bar Number 65065) as retained co-counsel of record.

IT IS SO ORDERED.

Dated:   **October 11, 2016**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE

1