Manuel U. Araujo
Attorney at Law,
California Bar Number 65065
1650 E. Gonzalez Rd.
Oxnard, CA 93036
Telephone: (805) 988-6805

Attorneys for the
Gualberto Agustin-Gomez

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>GUALBERTO AGUSTIN-GOMEZ,<br><br>                    Defendant. | CASE NO. 1:16-CR-009-DAD-08<br><br>ORDER CONTINUING THE DEFENDANT'S SENTENCING HEARING FROM NOVEMBER 27, 2017 TO JANUARY 22, 2018, AT 10:00<br><br>DATE: January 22, 2018<br>TIME: 10:00 AM<br>COURT: Hon. |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Gualberto Agustin-Gomez, by and through his attorney of record, Manuel Araujo, having stipulated to continue the sentencing hearing from November 27, 2017 to January 22, 2018, at 10:00 AM, the sentencing hearing is continued to January 22, 2018.

IT IS SO ORDERED.

Dated: __**October 2, 2017**__     _/s/ Dale A. Drozd_
                                   UNITED STATES DISTRICT JUDGE

1