MCGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00009 DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE TRIAL AND TRIAL CONFIRMATION AND ORDER THEREON** |
| v. | |
| ANTONIO CASTELLANOS, ET. AL. | Date: March 17, 2020 |
| Defendants. | Time: 8:30 a.m. |
| | Honorable Dale A. Drozd |

The United States of America, by and through MCGREGOR W. SCOTT, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendants, by and through their respective attorneys of record, hereby stipulate to continue the trial in this case from March 17, 2020 until July 14, 2020 at 8:30 a.m. The parties further request the current trial confirmation be continued until June 29, 2020 at 10:00 a.m. The parties further request that the motion in limine hearing (for the motions presently filed) be continued until April 27, 2020 at 10:00 a.m.

The parties request that time be excluded for the following reasons: (1) Richard Beshwate, counsel for defendant Nora Garcia, has commenced trial in the case of *People v. Muhammed*, a death penalty case that is expected to go through the end of April 2020. The proposed trial date represents the earliest date that all counsel are available thereafter, taking into account counsels' schedules, defense counsels' commitments to other clients, and the need for preparation in the case and further investigation. The parties further believe that time should be excluded, in that failure to grant the

1

requested case schedule would unreasonably deny the defendants continuity of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. Therefore, the parties request that the Court exclude the time until the new trial date from calculations under the Speedy Trial Act.

Dated: February 10, 2020
MCGREGOR W. SCOTT
United States Attorney

/s/ *Kathleen A. Servatius*
KATHLEEN A. SERVATIUS
Assistant United States Attorney

Dated: February 11, 2020 /s/ *Mark A. Broughton*
Attorney for Antonio Castellanos

Dated: February 11, 2020 /s/ *E. Marshall Hodgkins, III*
Attorney for Defendant Antonio Valencia-Hernandez

Dated: February 11, 2020 /s/ *Nicholas F.Reyes*
Attorneys for Defendant Genero Serrato-Calles

Dated: February 11, 2020 /s/ *Oscar R. Swinton, Jr.*
Attorneys for Defendant Jose Reyes-Pineda

Dated: February 11, 2020 /s/ *Dale A. Blickenstaff*
Attorney for Lorena Mariscal Velasquez

Dated: February 11, 2020 /s/ *Richard A. Beshewate, Jr.*
Attorneys for Defendant Norma Lizbet Garcia

Dated: February 11, 2020 /s/ *James R. Homola*
Attorneys for Defendant Lorena Velasquez

## **ORDER**

IT IS HEREBY ORDERED that the trial in this case be continued from March 17, 2020 until July 14, 2020 at 8:30 a.m., the trial confirmation shall be continued to June 22, 2020 at 10:00 a.m, and the in limine motions currently pending shall be heard on May 4, 2020 at 10:00 a.m.

///

IT IS FURTHER ORDERED THAT the ends of justice served by the schedule set forth herein as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 17, 2020 until July 14, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **February 11, 2020**

_____
UNITED STATES DISTRICT JUDGE